John J. Sullivan, Appellee, v. Elgin, Joliet and Eastern Railway Company, Appellant.

Gen. No. 43,559.

opinion filed May 20, 1947; rehearing denied June 4, 1947; released for publication June 9, 1947. Knapp, Cushing, Hershberger & Stevenson, for appellant; Harlan L. Hackbert, of counsel; Jones, Key & Chapman, for appellee; C. D. Jones and Alfred W. Bosworth, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.